AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN KNOWLES,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  4:26 MJ 1235 JMB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 16-17, 2026_____ in the county of _____St. Charles_____ in the _____Eastern_____ District of _____Missouri_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841<br>18 U.S.C. 922<br>18 U.S.C. 924 | CT. 1-Possession with intent to distribute a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Section 841; CT. 2-felon in possession of a firearm; CT. 3-possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Daniel Plumb*
_____
*Complainant's signature*

Daniel Plumb, Task Force Officer, DEA
_____
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: _____06/17/2026_____

_____
*Judge's signature*

City and state: _____St. Louis, Missouri_____

Honorable John M. Bodenhausen, U.S. Magistrate Judge
_____
*Printed name and title*